168 So.2d 820

George B. LINCOMBE

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY et al.

Mary Louise ADAMS

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY et al.

No. 47495.

Dec. 1, 1964.

In re: The Travelers Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 166 So.2d 926.

Writ refused. The judgment is not final.

168 So.2d 821

Robert FABRE, Sr.

v.

LUMBERMENS MUTUAL CASUALTY COMPANY.

No. 47520.

Dec. 1, 1964.

In re: Robert Fabre, Sr., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 167 So.2d 448.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.